**This case is no longer jointly administered with the Niles Liipin case.**

ORDERED ACCORDINGLY.

Dated: May 20, 2012

*George B. Nielsen, Bankruptcy Judge*

Whitney G. Coats, State Bar #025237
DANA LAW FIRM, P.A.
8817 E. Bell Road, Suite 201
Scottsdale, Arizona 85260
Phone: (480) 515-3716
Fax: (480) 5115-3829
wcoats@danafirm.com
*Attorney for Debtor Marie Pierron*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARIE PIERRON,<br><br>    Debtor. | Chapter 7<br><br>Case No. 2:11-bk-26502-GBN<br><br>**ORDER APPROVING CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7** |

    Debtor MARIE PIERRON having requested conversion of this case to a Chapter 7 proceeding under the U.S. Bankruptcy Code and Good Cause appearing:

    **IT IS HEREBY ORDERED** approving conversion of the above-captioned case from a Chapter 11 case to a Chapter 7.

                                             **DATED AND SIGNED ABOVE.**